1:10     4:05

## CRIMINAL CAUSE FOR BAIL HEARING AND JURY SELECTION

BEFORE: SEYBERT,J.   DATE: 1/19/2010   TIME: 9:00

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D N.Y
★ JAN 1 9 2010 ★
LONG ISLAND OFFICE

DOCKET NUMBER: CR 06- 550   TITLE: USA-V- SCHLEGEL

DEFT NAME: SANDRA HATFIELD                           DEFT: # 2
   X PRESENT ___NOT PRESENT ___IN CUSTODY   X  ON BAIL

                         MAURICE SERCARZ,
   ATTY. FOR DEFT.:   ROLAND RIOPELLE           C.J.A.
               X PRESENT       NOT PRESENT   X RET

DEFT NAME: DAVID BROOKS                              DEFT: # 3
   X PRESENT ___NOT PRESENT  X IN CUSTODY   ___ ON BAIL

   ATTY. FOR DEFT.: KENNETH RAVENELL           C.J.A.
               X PRESENT       NOT PRESENT   X RET


         CHRISTOPHER OTT, CHRIS CAFFARONE,
A.U.S.A. RICHARD LUNGER    DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:   X P. AUERBACH    X E. COMBS    X P. LOMBARDI
___S. PICOZZI      ___H. RAPAPORT    ___M. STEIGER    ___R. TOLKIN
___D. TURSI        ___O. WICKER

 X    CASE CALLED.  ALL COUNSEL PRESENT.

 X    JURY SELECTION COMMENCED.

 X    DEFT. #2 CONTINUED ON BAIL.

 X    BAIL APPLICATION HEARD, DENIED.  DEFT. #3 CONTINUED IN
      CUSTODY.

 X    OTHER: JURY SELECTION TO RESUME 1/20/2010 AT 11:00AM.