CRIMINAL CAUSE ON TRIAL

BEFORE: SEYBERT,J.   DATE: 5/10/2010      TIME: 9:00

DOCKET NUMBER: CR 06- 550        TITLE: USA-V- SCHLEGEL

DEFT NAME: SANDRA HATFIELD                          DEFT: # 2
     X PRESENT    NOT PRESENT    IN CUSTODY    X  ON BAIL

                    ROLAND RIOPELLE,
     ATTY. FOR DEFT.: MAURICE SERCARZ              C.J.A.
               X PRESENT        NOT PRESENT   X RET

DEFT NAME: DAVID BROOKS                             DEFT: # 3
     X PRESENT    NOT PRESENT  X IN CUSTODY       ON BAIL

                    RICHARD LEVITT, LAURENCE SHTASEL,
     ATTY. FOR DEFT.: KENNETH RAVENELL             C.J.A.
               X PRESENT        NOT PRESENT   X RET


          CHRISTOPHER CAFFARONE. CHRISTOPHER OTT,
     A.U.S.A. RICHARD LUNGER        DEPUTY CLERK: CHARLES BARAN


COURT REPORTER:     P. AUERBACH      E. COMBS      X P. LOMBARDI
    S. PICOZZI        H. RAPAPORT      M. STEIGER      R. TOLKIN
    D. TURSI          O. WICKER

 X   CASE CALLED.  ALL COUNSEL PRESENT.

 X   WITNESS(ES) CALLED.

 X   DEFT. #2 CONTINUED ON BAIL.

 X   DEFT. #3 CONTINUED IN CUSTODY.

     OTHER: