<u>CRIMINAL CAUSE ON TRIAL</u>

<u>BEFORE: SEYBERT,J.</u>   <u>DATE: 6/ 7/2010</u>   <u>TIME: 9:00</u>

<u>DOCKET NUMBER: CR 06- 550</u>   <u>TITLE: USA-V- SCHLEGEL</u>

<u>DEFT NAME: SANDRA HATFIELD</u>   <u>DEFT: # 2</u>
       <u>X</u> PRESENT  ___NOT PRESENT ___IN CUSTODY  <u>X</u> ON BAIL

                     ROLAND RIOPELLE,
       <u>ATTY. FOR DEFT.: MAURICE SERCARZ</u>         <u>C.J.A.</u>
                     <u>X</u> PRESENT        <u>NOT PRESENT</u>  <u>X</u> RET

<u>DEFT NAME: DAVID BROOKS</u>   <u>DEFT: # 3</u>
       <u>X</u> PRESENT  ___NOT PRESENT <u>X</u> IN CUSTODY ___ ON BAIL

                 RICHARD LEVITT, LAURENCE SHTASEL,
       <u>ATTY. FOR DEFT.: KENNETH RAVENELL</u>         <u>C.J.A.</u>
                     <u>X</u> PRESENT        <u>NOT PRESENT</u>  <u>X</u> RET


             CHRISTOPHER CAFFARONE, CHRISTOPHER OTT,
       <u>A.U.S.A. RICHARD LUNGER</u>       DEPUTY CLERK: <u>CHARLES BARAN</u>


<u>COURT REPORTER:</u>  ___<u>P. AUERBACH</u>   ___<u>E. COMBS</u>   ___<u>P. LOMBARDI</u>
   ___<u>S. PICOZZI</u>   <u>X</u> <u>H. RAPAPORT</u>   ___<u>M. STEIGER</u>   ___<u>R. TOLKIN</u>
   ___<u>D. TURSI</u>    ___<u>O. WICKER</u>

 <u>X</u>   CASE CALLED.  ALL COUNSEL PRESENT.

 <u>X</u>   WITNESS(ES) CALLED.

 <u>X</u>   DEFT. #2 CONTINUED ON BAIL.

 <u>X</u>   DEFT. #3 CONTINUED IN CUSTODY.

 <u>X</u>   OTHER: COURT DENIES MOTION [1026], APPLICATION [1030].