CRIMINAL CAUSE ON TRIAL

BEFORE: SEYBERT,J.   DATE: 7/29/2010      TIME: 9:00

DOCKET NUMBER: CR 06- 550       TITLE: USA-V- SCHLEGEL

DEFT NAME: SANDRA HATFIELD                          DEFT: # 2
   X PRESENT    NOT PRESENT    IN CUSTODY   X  ON BAIL

                ROLAND RIOPELLE
ATTY. FOR DEFT.: MAURICE SERCARZ               C.J.A.
           X PRESENT        NOT PRESENT   X RET

DEFT NAME: DAVID BROOKS                             DEFT: # 3
   X PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL

           RICHARD LEVITT, LAWRENCE SHTASEL,
ATTY. FOR DEFT.: KENNETH RAVENELL              C.J.A.
           X PRESENT        NOT PRESENT   X RET


     CHRISTOPHER CAFFARONE, CHRISTOPHER OTT,
A.U.S.A. RICHARD LUNGER          DEPUTY CLERK: CHARLES BARAN


COURT REPORTER:    P. AUERBACH     E. COMBS       P. LOMBARDI
   S. PICOZZI    X H. RAPAPORT     M. STEIGER      R. TOLKIN
   D. TURSI        O. WICKER

 X   CASE CALLED.  ALL COUNSEL PRESENT.

     WITNESS(ES) CALLED.

 X   CLOSING ARGUMENTS HEARD.

     JURY CHARGED, DELIBERATES.

 X   DEFT. #2 CONTINUED ON BAIL.

 X   DEFT. #3 CONTINUED IN CUSTODY.

 X   OTHER: TRIAL TO RESUME 8/2/2010 AT 9:00AM.