CRIMINAL CAUSE ON TRIAL

BEFORE: SEYBERT,J.   DATE: 8/ 2/2010   TIME:  9:00

DOCKET NUMBER: CR 06- 550   TITLE: USA-V- SCHLEGEL

DEFT NAME: SANDRA HATFIELD                          DEFT: # 2
     X PRESENT ___NOT PRESENT ___IN CUSTODY  X  ON BAIL

                ROLAND RIOPELLE
     ATTY. FOR DEFT.: MAURICE SERCARZ              C.J.A.
               X PRESENT       NOT PRESENT  X RET

DEFT NAME: DAVID BROOKS                             DEFT: # 3
     X PRESENT ___NOT PRESENT  X IN CUSTODY ___ ON BAIL

           RICHARD LEVITT, LAWRENCE SHTASEL, IAN COMISKY,
     ATTY. FOR DEFT.: KENNETH RAVENELL              C.J.A.
               X PRESENT       NOT PRESENT  X RET


       CHRISTOPHER CAFFARONE, CHRISTOPHER OTT,
     A.U.S.A. RICHARD LUNGER       DEPUTY CLERK: CHARLES BARAN


COURT REPORTER:   ___P. AUERBACH   ___E. COMBS   X P. LOMBARDI
     ___S. PICOZZI    ___H. RAPAPORT   ___M. STEIGER   ___R. TOLKIN
     ___D. TURSI      ___O. WICKER

 X   CASE CALLED.  ALL COUNSEL PRESENT.

___  WITNESS(ES) CALLED.

 X   CLOSING ARGUMENTS HEARD.

 X   JURY CHARGED, DELIBERATES.

 X   DEFT. #2 CONTINUED ON BAIL.

 X   DEFT. #3 CONTINUED IN CUSTODY.

___  OTHER: