UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------X
UNITED STATES OF AMERICA

   -V-

SANDRA HATFIELD
DAVID BROOKS
----------------------------X

ORDER OF SUSTENANCE,
LODGING, OR TRANSPORTATION
CR 06- 550 (JS)

SEYBERT, DISTRICT JUDGE:

It is hereby ORDERED that the Clerk of the Court supply proper:

( X ) SUSTENANCE

(   ) LODGING

(   ) TRANSPORTATION

to the ( 15) jurors empanelled in the above entitled case

(   ) DURING TRIAL

( X ) DELIBERATING

(   ) SEQUESTERED

(   ) BREAKFAST

( X ) LUNCH

(   ) DINNER

(   ) OTHER _____

DATED: CENTRAL ISLIP, NY
      AUG.  3, 2010

_____/S/_____
JOANNA SEYBERT, U.S.D.J.


A TRUE COPY ATTEST
Date:_____
  ROBERT C. HEINEMANN, CLERK
By: