CRIMINAL CAUSE FOR BENCH TRIAL (FORFEITURE PHASE)

BEFORE: SEYBERT,J.   DATE: 11/15/2010      TIME: 9:30

DOCKET NUMBER: CR 06- 550        TITLE: USA-V- SCHLEGEL

DEFT NAME: SANDRA HATFIELD (EXCUSED)           DEFT: # 2
    ___ PRESENT  X NOT PRESENT  ___ IN CUSTODY   X  ON BAIL

    ATTY. FOR DEFT.:    ROLAND RIOPELLE          C.J.A.
            X PRESENT      ___ NOT PRESENT   X RET

DEFT NAME: DAVID BROOKS                         DEFT: # 3
     X PRESENT ___ NOT PRESENT  X IN CUSTODY ___ ON BAIL

            GERALD SHARGEL, DAVID GOLDSTEIN,
    ATTY. FOR DEFT.:    JUDD BURSTEIN           C.J.A.
            X PRESENT      ___ NOT PRESENT   X RET


            JAMES KNAPP,
    A.U.S.A. KATHLEEN NANDAN        DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:    ___ P. AUERBACH   ___ E. COMBS    X P. LOMBARDI
___ S. PICOZZI     ___ H. RAPAPORT   ___ M. STEIGER  ___ R. TOLKIN
___ D. TURSI       ___ O. WICKER

 X   CASE CALLED.  ALL COUNSEL PRESENT.

___  OPENING STATEMENTS.

 X   WITNESS(ES) CALLED.

 X   DEFT. #2 CONTINUED ON BAIL.

 X   DEFT. #3 CONTINUED IN CUSTODY.

___  OTHER: