**CRIMINAL CAUSE ON TRIAL (FORFEITURE PHASE)**

BEFORE: SEYBERT,J.   DATE: 11/18/2010      TIME: 9:30

DOCKET NUMBER: CR 06- 550       TITLE: USA-V- SCHLEGEL

DEFT NAME: SANDRA HATFIELD (EXCUSED)          DEFT: # 2
___PRESENT  X NOT PRESENT ___IN CUSTODY   X  ON BAIL

ATTY. FOR DEFT.:   ROLAND RIOPELLE          C.J.A.
         X PRESENT      ___NOT PRESENT   X RET

DEFT NAME: DAVID BROOKS                      DEFT: # 3
 X PRESENT ___NOT PRESENT  X IN CUSTODY ___ ON BAIL

         GERALD SHARGEL, DAVID GOLDSTEIN,
ATTY. FOR DEFT.:    JUDD BURSTEIN            C.J.A.
         X PRESENT      ___NOT PRESENT   X RET


         JAMES KNAPP,
A.U.S.A. KATHLEEN NANDAN       DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:   ___P. AUERBACH   ___E. COMBS    X P. LOMBARDI
___S. PICOZZI     ___H. RAPAPORT   ___M. STEIGER  ___R. TOLKIN
___D. TURSI      ___O. WICKER

 X   CASE CALLED.  ALL COUNSEL PRESENT.

 X   WITNESS(ES) CALLED.

 X   DEFT. #2 CONTINUED ON BAIL.

 X   DEFT. #3 CONTINUED IN CUSTODY.

 X   OTHER: TRIAL TO RESUME 11/22/2010 AT 9:30AM.