CRIMINAL CAUSE ON TRIAL (FORFEITURE PHASE)

BEFORE: SEYBERT,J.  DATE: 11/22/2010     TIME:  9:30

DOCKET NUMBER: CR 06- 550      TITLE: USA-V- SCHLEGEL

DEFT NAME: SANDRA HATFIELD (EXCUSED)          DEFT: # 2
        ___PRESENT  X NOT PRESENT ___IN CUSTODY  X  ON BAIL

        ATTY. FOR DEFT.:   ROLAND RIOPELLE          C.J.A.
                    X PRESENT      NOT PRESENT  X RET

DEFT NAME: DAVID BROOKS                       DEFT: # 3
        X PRESENT ___NOT PRESENT  X IN CUSTODY ___ ON BAIL

              GERALD SHARGEL, DAVID GOLDSTEIN,
        ATTY. FOR DEFT.:   JUDD BURSTEIN        C.J.A.
                    X PRESENT      NOT PRESENT  X RET


              JAMES KNAPP,
        A.U.S.A. KATHLEEN NANDAN      DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:  ___P. AUERBACH  ___E. COMBS    X P. LOMBARDI
    ___S. PICOZZI   ___H. RAPAPORT  ___M. STEIGER   ___R. TOLKIN
    ___D. TURSI     ___O. WICKER

 X   CASE CALLED.  ALL COUNSEL PRESENT.

 X   WITNESS(ES) CALLED.

 X   DEFT. #2 CONTINUED ON BAIL.

 X   DEFT. #3 CONTINUED IN CUSTODY.

 X   OTHER: TESTIMONY ENDS.  SIMULTANEOUS POST-TRIAL BRIEFS TO BE
        FILED 2/28/2011 AND 3/31/2011.