```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,

        -against-                          ORDER
                                           06-CR-0550 (JS)

SANDRA HATFIELD and DAVID H. BROOKS,

              Defendants.
-----------------------------------X
APPEARANCES

For Government:      Richard Thomas Lunger, Jr., Esq.
                     Christopher Allen Ott, Esq.
                     Christopher Charles Caffarone, Esq.
                     James Halleron Knapp, Esq.
                     James M. Miskiewicz, Esq.
                     United States Attorneys Office
                     610 Federal Plaza
                     Central Islip, NY 11722-4454

For Defendants:

Sandra Hatfield      Roland G. Riopelle, Esq.
                     Maurice H. Sercarz, Esq.
                     Sercarz & Riopelle, LLP
                     152 West 57th Street, 24th Floor
                     New York, NY 10019

For David Brooks:    John C. Meringolo, Esq.
                     Meringolo and Associates, P.C.
                     1790 Broadway, Suite 1501
                     New York, NY 10019

                     Zaki I. Tamir, Esq.
                     Gofer Tamir and Assoc.
                     55 Broad Street
                     New York, NY 10004

                     James M. LaRossa, Esq.
                     240 West End Avenue
                     New York, NY 10023

                     Kenneth Ravenell, Esq.
                     William H. Murphy, Jr., Esq.
                     The Murphy Firm
```

                1 South Street, 23rd Floor
                Baltimore, MD 21202

                Richard Ware Levitt, Esq.
                Yvonne Shivers, Esq.
                Law Offices of Richard W. Levitt
                148 E. 78th Street
                New York, NY 10021

                Roger V. Archibald, Esq.
                William C. Thompson, Esq.
                16 Court Street
                Brooklyn, NY 11241

                Judd Burstein, Esq.
                Judd Burstein, P.C.
                1790 Broadway, Suite 1501
                New York, NY 10019

SEYBERT, District Judge:

The Government seeks forfeiture of $94,000 that DHB paid WGH Consulting, a company that Defendant Sandra Hatfield's husband owned. But the jury did not convict Ms. Hatfield of mail or wire fraud, the principal counts arising from these allegedly illegal payments. And, although the jury convicted Ms. Hatfield of conspiracy to commit mail and wire fraud, the parties did not request a special verdict. Thus, it is arguably speculative whether this conviction stemmed from the WGH Consulting payments.

The Government can obtain forfeiture of those payments if it shows, by a preponderance of the evidence, that these payments are fraudulent proceeds. But, based on the record before it, the Court cannot necessarily infer from the jury's

verdict that the Government has satisfied this burden. And the parties' briefs devoted little space to marshalling the evidence and law with respect to those payments.

Before ruling on forfeiture, the Court needs more information regarding this issue. Consequently, the Court hereby directs the Government and Ms. Hatfield to submit simultaneous supplemental briefing regarding those payments. This briefing should identify relevant evidence in the trial and forfeiture hearing record, along with presenting any legal argument that the party wishes. It should not exceed ten (10) pages. And the briefs should be submitted before 10 p.m. on June 6, 2011.

                                    SO ORDERED.

                                    _____/s/_____
                                    Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
           May 31, 2011