

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:JHK

610 Federal Plaza, 5ᵗʰ Floor

Central Islip, New York  11722

July 24, 2013

**<u>VIA ECF</u>**

Honorable Joanna Seybert
United States District Judge
Eastern District of New York
Long Island Federal Courthouse
Central Islip, New York 11722

     Re:  United States v. Hatfield, et al.
        <u>Criminal Action No. 06 CR 0550 (S-2) (Seybert, J.)</u>

Dear Judge Seybert:

    The undersigned Assistant United States Attorney represents the United States as to forfeiture issues in the above prosecution against defendant Sandra Hatfield ("Hatfield").

    This letter is respectfully submitted on consent of defendant Hatfield to request an extension of time, through and including August 15, 2013, to respond to Ms. Hatfield's "motion for reconsideration with respect to forfeiture" (the "motion"). Docket No. 1684.  The government's response is currently due on July 26, 2013.  This is the government's first request for an extension of time to respond to the motion.

              Very truly yours,

              LORETTA E. LYNCH
              United States Attorney

       By:  <u> s/ James H. Knapp</u>
            James H. Knapp
            Assistant U.S. Attorney
            (631) 715-7879

cc:  **<u>VIA ECF</u>**
    Roland G. Riopelle, Esq.
    Attorney for Sandra Hatfield